■ JOHN KASTBERG et al., Appellants, v JLM LAND DEVELOPMENT CORP. et al., Respondents. [719 NYS2d 893] —In an action, *inter alia*, to recover a down payment on a contract for the purchase of real property, the plaintiffs appeal from an order of the Supreme Court, Westchester County (Nastasi, J.), entered May 31, 2000, which, *inter alia*, dismissed the action on the ground that the parties defaulted in selecting a jury.

Ordered that the appeal is dismissed, without costs or disbursements.

The order appealed from incorporates a number of oral rulings by the trial court, which were made *sua sponte* or based upon oral applications. An order which does not decide a motion made on notice is not appealable as of right (*see,* CPLR 5701 [a] [2]; *Vohs-Holowecki v Halpak Plastics*, 276 AD2d 789; *State of New York v City of New York*, 275 AD2d 740; *ConSolid Contr. v Litwak Dev. Corp.*, 266 AD2d 424) and leave to appeal has not been granted. To the extent that the order dismissed the action on the ground that the parties defaulted in selecting a jury, the law is well settled that no appeal lies from an order entered upon the default of the appealing party (*see,* CPLR 5511). The proper remedy is to move to vacate the default, and, if necessary, appeal from the order deciding that motion (*see, Matter of Layne v Wyllie*, 277 AD2d 239). Santucci, J. P., S. Miller, Friedmann and Goldstein, JJ., concur.